

**U.S. Department of Justice**

*United States Attorney*
*Southern District of Florida*

_____

Alexander Thor Pogozelski
Assistant United States Attorney
99 N.E. 4th Street, 4th Floor
Miami, Florida 33132
(786) 649-5251

**26-MJ-2926-ELFENBEIN**

May 5, 2026

Latron Earl Williams
████████████████████████
████████
██████████

*Via Hand Delivery*

Mr. Williams:

FILED BY_____**BM**_____D.C.

***May 19, 2026***

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - MIAMI

    This letter is to notify you that you are a target of a federal grand jury investigation in the Southern District of Florida involving possible violations of federal criminal law. This investigation involves, but is not limited to, violations of Title 18, United States Code, Section 1344 (Bank Fraud), Title 18, United States Code, Section 1343 (Wire Fraud), Title 18, United States Code, Section 1349 (Conspiracy to Commit Bank Fraud and Wire Fraud), and Title 18, United States Code, Section 1028A(a)(1) (Aggravated Identity Theft).

    If you have retained counsel, please have him or her contact me regarding this matter.   If you have not, I urge you to do so, and to ask your attorney to contact me regarding this matter.

    If you are unable to afford counsel, you may, under certain circumstances, be entitled to court-appointed counsel at no cost.   If this is the case, I encourage you to contact me at the telephone number above for the limited purpose of arranging a hearing before a judicial officer to inquire into your eligibility to have counsel appointed at no cost to you.

    Sincerely,

JASON A. REDING QUIÑONES
UNITED STATES ATTORNEY

By: _____
Alexander Thor Pogozelski
Assistant United States Attorney